IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-CV-560-F

| | |
|---|---|
| Christopher Lee, | |
|                Plaintiff, | **ORDER OF DEFAULT** |
| vs. | |
| SRS Associates, | |
|                Defendant. | |

Having considered all Plaintiff Christopher Lee's Motion for Default and all other relevant papers and pleadings filed, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Christopher Lee's Motion for Default against Defendant SRS Associates is hereby GRANTED.

IT IS SO ORDERED

This the 3rd day of March, 2011.

By: _____

DENNIS P. IAVARONE, CLERK